# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ANQUANTAE MCDUFFIE,

    Petitioner,

-vs-                                              Case No.  8:09-CV-1619-T-30AEP

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.
_____/

## **ORDER**

Before the Court is Petitioner's "Notice of Appeal and Request for Leave to File a Certificate of Appealability" (Dkt. 21). To the extent Petitioner requests leave to file an application for a certificate of appealability, when the Court denied Petitioner's 28 U.S.C. § 2254 petition, it also determined that Petitioner was not entitled to a certificate of appealability (see Dkt. 18 at pg. 12).[1] The Court finds no substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 483-84 (2000) (citation omitted).

Accordingly, the Court **ORDERS** that, to the extent he requests leave to file an application for a certificate of appealability, Petitioner's "Notice of Appeal and Request for

---

[1] See Rule 11(a), Rules Governing Habeas Corpus Cases under Section 2254 (2010) ("The district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant.").

Leave to File a Certificate of Appealability" (Dkt. 21) is **DENIED**.[2]

    **DONE** and **ORDERED** in Tampa, Florida on August 3, 2010.

*[signature: James S. Moody, Jr.]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc
Copy to: Petitioner *pro se*
        Counsel of Record

---

[2]Rule 11(a) also states that "[i]f the [district] court denies a certificate [of appealability], the parties may not appeal the denial but may seek a certificate from the court of appeals under Federal Rule of Appellate Procedure 22."